UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

AIR TECHNIQUES, INC.,

                       Plaintiff,

     -against-

TREE USA, INC.,

                      Defendant.
-------------------------------------------------------X

ORDER

22-CV-04185 (PMH)

PHILIP M. HALPERN, United States District Judge:

     On September 1, 2022, a Clerk's Certificate of Default was issued as to Defendant Tree USA, Inc. (Doc. 12). As there has been no activity on this docket since the issuance of the Clerk's Certificate of Default, Plaintiff is directed to submit a letter to the Court via ECF concerning the status of this action on or before November 17, 2022.

SO ORDERED.

Dated: White Plains, New York
       November 3, 2022

                                                                                                          Philip M. Halpern
                                                                                                          United States District Judge