UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                                                       :

AIR TECHNIQUES, INC.,

                            Plaintiff,                     ORDER TO STRIKE

v.

                                                                           22-CV-04185 (PMH)

TREE USA, INC.,

                          Defendant.

-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

The Clerk of Court is respectfully requested to strike Doc. 13 from the docket of this action.

SO ORDERED:

Dated:  White Plains, New York
         November 4, 2022

_____
Philip M. Halpern
United States District Judge